MANUFACTURERS, LAND AND IMPROVEMENT COMPANY, RESPONDENT, v. BOARD OF COMMERCE AND NAVIGATION, APPELLANT.

Submitted November 7, 1924—Decided January 19, 1925.

On appeal from the Supreme Court, whose opinion is reported in 98 *N. J. L.* 638.

For the respondent, *Wescott & Weaver*.

For the appellant, *Edward L. Katzenbach*, attorney-general.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, MINTURN, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, McGLENNON, KAYS, JJ. 13.

*For reversal*—None.